

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00235-CR

## IN RE BRYAN STALLWORTH

### Original Proceeding

**From the 12th District Court
Walker County, Texas
Trial Court No. 30582**

## MEMORANDUM OPINION

On May 28, 2024, this Court issued a Second Abatement Order in cause number 10-23-00257-CR, in which we ordered the trial court clerk and court reporter to file supplemental records. Bryan Stallworth, acting *pro se*, has now filed a petition for writ of mandamus seeking to compel the trial court clerk and court reporter to file those supplemental records in cause number 10-23-00257-CR.

First, we do not have jurisdiction to issue a writ of mandamus against a district clerk or court reporter unless necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b); *In re Strickhausen*, 994 S.W.2d 936, 936 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding) (per curiam). Stallworth has not shown that a writ of

mandamus directed to the district clerk or court reporter is necessary to enforce our jurisdiction.

Second, on June 10, 2024, in cause number 10-23-00257-CR, the Court received the supplemental clerk's record ordered by the Second Abatement Order, and on June 28, 2024, in cause number 10-23-00257-CR, the Court received the supplemental reporter's record of the abatement hearing that was held on June 17, 2024, pursuant to the Second Abatement Order. Stallworth's petition for writ of mandamus is therefore moot, and appellate courts are prohibited from deciding moot controversies. *Nat'l Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999); *see Fouke v. State*, 529 S.W.2d 772, 773 (Tex. Crim. App. 1975) (dismissing appeal as moot because defendant voluntarily paid fine and costs complained of in appeal).

For these reasons, Stallworth's petition for writ of mandamus is dismissed for want of jurisdiction.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition dismissed
Opinion delivered and filed August 15, 2024
Do not publish
[OT06]

